| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321)<br>United States Attorney |
| 2 | |
| 3 | EUMI L. CHOI (WVBN 0722)<br>Chief, Criminal Division |
| 4 | TRACIE L. BROWN (CSBN 184339)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102<br>Telephone: (415) 436-6917 |
| 7 | Facsimile:  (415) 436-7234 |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  3-05-70626 BZ |
| Plaintiff, | ) ) | [PROPOSED] ORDER AND STIPULATION WAIVING TIME UNDER RULE 5.1 AND EXCLUDING TIME FROM AUGUST 18, 2005 TO SEPTEMBER 8, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | ) ) | |
| SHAUN ROBERTS, | ) ) | |
| Defendant. | ) ) | |

The parties appeared before the Court on August 18, 2005.  With the agreement of the parties, and with the consent of the defendant, the Court enters this order (1) scheduling a new preliminary hearing/arraignment date of September 8, 2005 at 9:30 a.m., before the Honorable Joseph C. Spero; (2) documenting the defendant's waiver of time limits under Federal Rule of Criminal Procedure 5.1; and (3) documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from August 18, 2005 to September 8, 2005.  The parties agreed, and the Court found and held, as follows:

    1.  The defendant waived the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  Failure to grant the requested continuance would unreasonably deny both defense and government counsel reasonable time necessary for effective preparation, taking

STIPULATION AND ORDER
3-05-70626 BZ

into account the exercise of due diligence, and would deny the defendant continuity of counsel.

    2. Counsel for the defense believes that postponing the preliminary hearing is in his client's best interest, and that it is not in his client's interest for the United States to indict the case before the September 8 preliminary hearing date.

    3. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant and the government continuity of counsel.

    4. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 18, 2005 to September 8, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    5. Accordingly, and with the consent of the defendant, the Court ordered that the period from August 18, 2005 to September 8, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    4. The Court scheduled a new preliminary hearing/arraignment date of September 8, 2005, at 9:30 a.m., before the Honorable Joseph C. Spero.

IT IS SO STIPULATED.

DATED: ____8/22/05_____      _____/s/_____
    TRACIE L. BROWN
    Assistant United States Attorney

DATED: ____8/23/05_____     _____/s/_____
    GEOFFREY HANSEN
    Attorney for SHAUN ROBERTS

IT IS SO ORDERED.

DATED: August 29, 2005     _____
    HON. BERNARD ZIMMERMAN
    United States Magistrate Judge

*IT IS SO ORDERED — Judge Bernard Zimmerman — United States District Court, Northern District of California*

STIPULATION AND ORDER
3-05-70626 BZ     2