IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>SHAUN ROBERTS,<br><br>    Defendant.<br>_____/ | No. C 05-00567-1 JSW<br><br>**ORDER RE SUBPOENA DUCES TECUM** |

     The Court has received and considered Defendant's Memorandum re: Pretrial Subpoena for 911 and Dispatch Tapes. Defendant is referred to this Court's Standing Order regarding Guidelines for Criminal Motions, Final Pretrial Conference and Trial in Criminal Jury Cases, which addresses the procedures to be followed when seeking a supboena duces tecum.

     Notwithstanding Defendant's failure to comply with those procedures, the Court finds that the memorandum demonstrates that the document meets the requirements set forth in *United States v. Nixon*, 418 U.S. 683, 699-700 (1974). Accordingly, the documents shall be produced to the Defendant. Defendant shall provide copies of these documents to the Government within five (5) days of the date of this Order.

     In the event the Defendant believes that the documents should not be provided to the Government, he shall file a memorandum of law with the Court setting forth his reasons. That

//

//

//

memorandum may be filed under seal if necessary.

**IT IS SO ORDERED.**

Dated: September 27, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE