1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVBN 0722)
3  Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, CA 94102
       Telephone: (415) 436-6917
7      Facsimile:  (415) 436-7234

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                    SAN FRANCISCO DIVISION

12

13 UNITED STATES OF AMERICA,      )     No. CR 05 00567 JSW
                                  )
14         Plaintiff,              )     [PROPOSED] ORDER AND STIPULATION
                                  )     EXCLUDING TIME FROM SEPTEMBER
15     v.                         )     22, 2005 TO OCTOBER 6, 2005 FROM THE
                                  )     SPEEDY TRIAL ACT CALCULATION
16 SHAUN ROBERTS,                 )     (18 U.S.C. § 3161(h)(8)(A))
                                  )
17         Defendant.              )
                                  )
18

19     The parties appeared before the Court on September 22, 2005. The Court enters this order

20 scheduling a further status hearing on October 6, 2005, at 2:30 p.m., before the Honorable Jeffrey

21 S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C.

22 § 3161(h)(8)(A), from September 22, 2005 to October 27, 2005. The parties agreed, and the

23 Court found and held, as follows:

24     1. Failure to grant the requested continuance would unreasonably deny defense counsel

25 reasonable time necessary for effective preparation, taking into account the exercise of due

26 diligence and the need for review of additional discovery, and would deny the defendant

27 continuity of counsel. In addition, the government is currently considering whether and on what

28 charges to seek a superseding indictment, and needs time to review and analyze additional

STIPULATION AND ORDER
CR 05-00501 JSW

1  forensic discovery that has not yet been obtained.

2      2. Given these circumstances, the Court found that the ends of justice served by excluding the period from September 22, 2005 to October 6, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from September 22, 2005 to October 6, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    4. The Court scheduled a hearing on October 6, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, for further status.

    IT IS SO STIPULATED.

DATED: _____9/26/05_____      _____/s/_____
    TRACIE L. BROWN
    Assistant United States Attorney

DATED: _____9/26/05_____      _____/s/_____
    GEOFFREY D. HANSEN
    Attorney for Shaun Roberts

    IT IS SO ORDERED.

DATED: September 27, 2005      _____
    THE HON. JEFFREY S. WHITE
    United States District Judge

STIPULATION AND ORDER
CR 05-00501 JSW      2