KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, CA 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00567 JSW |
| Plaintiff, | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 6, 2005 TO OCTOBER 27, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| SHAUN ROBERTS, | |
| Defendant. | |

    The parties appeared before the Honorable Jeffrey S. White on October 6, 2005 and before the Honorable James Larson on October 7, 2005. The Court enters this order scheduling a further status hearing on October 27, 2005 at 2:30 p.m., before the Honorable Jeffrey S. White, and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from September 22, 2005 to October 27, 2005. The parties agreed, and the Court found and held, as follows:

    1. The Federal Public Defender's Office is relieved as counsel for the defendant. New counsel for the defendant, Michael Berger, Esq., was appointed on October 7, 2005 before the Honorable James Larson. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel

STIPULATION AND ORDER
CR 05-00567 JSW

1 reasonable time necessary for effective preparation, taking into account the exercise of due
2 diligence and the need for new counsel to review the discovery and meet with the defendant, and
3 would deny the defendant continuity of counsel.

  2. Given these circumstances, the Court found that the ends of justice served by excluding
the period from October 6, 2005 to October 27, 2005, outweigh the best interest of the public and
the defendant in a speedy trial. Id. § 3161(h)(8)(A).

  3. Accordingly, and with the consent of the defendant, the Court ordered that the period from
October 6, 2005 to October 27, 2005 be excluded from Speedy Trial Act calculations under 18
U.S.C. § 3161(h)(8)(A) & (B)(iv).

  4. The Court scheduled a hearing on October 27, 2005, at 2:30 p.m., before the Honorable
Jeffrey S. White, for further status.

  IT IS SO STIPULATED.

DATED: _____10/11/05_____          _____/s/_____
                                              TRACIE L. BROWN
                                              Assistant United States Attorney


DATED: _____10/12/05_____          _____/s/_____
                                              MICHAEL BERGER
                                              Attorney for Shaun Roberts

  IT IS SO ORDERED.

DATED: October 14, 2005                       _____
                                              THE HON. JEFFREY S. WHITE
                                              United States District Judge

STIPULATION AND ORDER
CR 05-00567 JSW                          2