KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6917
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SHAUN ROBERTS, <br><br> Defendant. | No. CR 05 00567 JSW <br><br> [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM OCTOBER 27, 2005 TO NOVEMBER 17, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION <br> (18 U.S.C. § 3161(h)(8)(A)) |

The parties appeared before the Honorable Jeffrey S. White on October 27, 2005. The Court enters this order scheduling a further status hearing on November 17, 2005 at 2:30 p.m., and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from October 27, 2005 to November 17, 2005. The parties agreed, and the Court found and held, as follows:

1. The parties have agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the need for counsel to analyze the discovery and further meet with the defendant, and would deny the defendant continuity of counsel.

STIPULATION AND ORDER
CR 05-00567 JSW

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from October 27, 2005 to November 17, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

3. Accordingly, and with the consent of the defendant, the Court ordered that the period from October 27, 2005 to November 17, 2005 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

4. The Court scheduled a hearing on November 17, 2005, at 2:30 p.m., before the Honorable Jeffrey S. White, for further status. That date shall be vacated if it conflicts with the settlement conference that is to occur before a Magistrate Judge.

IT IS SO STIPULATED.

DATED: _____11/2/05_____          _____/s/_____
                                             TRACIE L. BROWN
                                             Assistant United States Attorney


DATED: _____              _____/s/_____
                                             MICHAEL BERGER
                                             Attorney for Shaun Roberts

IT IS SO ORDERED.

DATED: November 7, 2005                     _____
                                             THE HON. JEFFREY S. WHITE
                                             United States District Judge

STIPULATION AND ORDER
CR 05-00567 JSW                              2