UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff(s), | ) | No. CR 05-0567 JSW (BZ) |
| v. | ) | **AMENDED NOTICE OF SETTLEMENT CONFERENCE AND ORDER SCHEDULING SETTLEMENT CONFERENCE** |
| SHAUN ROBERTS, | ) | |
| Defendant(s). | ) | **(Prisoner)** |

　　The above matter was referred to Magistrate Judge Bernard Zimmerman for settlement purposes.

　　You are hereby notified that a settlement conference is scheduled for **Thursday, December 1, 2005, at 1:30 p.m.,** Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

　　It is the responsibility of the parties to ensure that whatever discovery is needed for all sides to evaluate the case for settlement purposes is completed by the date of the settlement conference.  The parties shall cooperate in providing discovery informally and expeditiously.

　　Lead trial counsel shall appear at the Settlement

1

1 Conference.  Defendant shall appear by telephone.  **Defendant's**
2 **counsel shall arrange with the institution at which Defendant is**
3 **housed for Defendant to be in a room where he can have a**
4 **confidential telephone conversation with the court beginning at**
5 **1:30 p.m. the day of the conference.  Counsel shall immediately**
6 **notify the court in writing, with a copy to Defendant, if they**
7 **expect any difficulty in making these arrangements**.
8 Defendant(s) shall be represented by the person or persons **not**
9 **directly involved** in the events which gave rise to the
10 litigation but with **full** authority to negotiate a settlement.

11     A person who needs to call another person not present
12 before accepting, rejecting or making any settlement offer does
13 not have full authority.  An insured party shall appear with a
14 representative of the carrier with full authority to negotiate
15 up to the limits of coverage.  The Court shall be notified
16 immediately if the carrier declines to attend.  Personal
17 attendance of a party representative will rarely be excused by
18 the Court, and then only upon separate written application
19 demonstrating substantial hardship served on opposing counsel
20 and lodged as early as the basis for the hardship is known.

21     Each party shall prepare a Settlement Conference Statement,
22 which must be served on opposing counsel and lodged (not faxed)
23 with my chambers no later than seven calendar days prior to the
24 conference.  The Statement shall **not** be filed with the Clerk of
25 the Court.  The Statement **may** be submitted on CD-ROM with
26 hypertext links to exhibits.  Otherwise, the portion of exhibits
27 on which the party relies **shall** be highlighted.  The Settlement
28 Conference Statement shall not exceed ten pages of text and

twenty pages of exhibits and shall include the following:

    1.   A brief statement of the facts of the case.

    2.   A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded.

    3.   A summary of the proceedings to date and any pending motions.

    4.   An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    5.   The relief sought, including an itemization of damages.

    6.   The parties' position on settlement, including present demands and offers and a history of past settlement discussions. The Court's time can best be used to assist the parties in completing their negotiations, not in starting them. Accordingly, plaintiff must serve a demand in writing no later than fourteen days before the conference and defendant must respond in writing no later than eight days before the conference. If plaintiff seeks attorney's fees and costs, plaintiff's counsel shall either include the fee claim in the demand or make a separate, simultaneous demand for fees and costs. Counsel shall be prepared at the conference to provide sufficient information to defendant to enable the fee claim to be evaluated for purposes of settlement. The parties are urged to carefully evaluate their case before taking a settlement position since extreme positions hinder the settlement process.

It is not unusual for conferences to last three or more hours. Parties are encouraged to participate and frankly

discuss their case.  Statements they make during the conference will not be admissible at trial in the event the case does not settle.  The parties should be prepared to discuss such issues as:

    1. Their settlement objectives.

    2. Any impediments to settlement they perceive.

    3. Whether they have enough information to discuss settlement.  If not, what additional information is needed.

    4. The possibility of a creative resolution of the dispute.

The parties shall notify Magistrate Judge Zimmerman's chambers immediately if this case settles prior to the date set for settlement conference.  Counsel shall provide a copy of this order to each party who will participate in the conference.

Dated: November 15, 2005

                                          Bernard Zimmerman
                                    United States Magistrate Judge

G:/BZALL/-REFS/REFS.05/ROBERTS.SC

4