1   KEVIN V. RYAN (CASBN 118321)
    United States Attorney

2

3   EUMI L. CHOI (WVBN 0722)
    Chief, Criminal Division

4   TRACIE L. BROWN (CSBN 184339)
    Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
        Telephone: (415) 436-6917

7       Facsimile: (415) 436-7234

8

                    UNITED STATES DISTRICT COURT

9

                    NORTHERN DISTRICT OF CALIFORNIA

10

                    SAN FRANCISCO DIVISION

11

12   UNITED STATES OF AMERICA,          )      No. 05-567 JSW
                                        )
13          Plaintiff,                  )      **UNOPPOSED MOTION TO UNSEAL**
                                        )      **and [PROPOSED] UNSEALING**
14      v.                              )      **ORDER**
                                        )
15   SHAUN ROBERTS,                     )
                                        )
16          Defendant.                  )
                                        )
17                                      )
     _____)

18

19          The government requests that (1) the application and affidavit for search warrant and (2)

20   search warrant, both dated August 10, 2005, be unsealed.  The government is making this request

21   as the case is proceeding to trial and the defendant has requested such information.  The

22   government has informed the Defendant of its intent to request an unsealing order, and has

23   received no objection.  Furthermore, the original reasons for sealing the documents have since

24   become moot.

25   DATED: January 19, 2006                  Respectfully submitted,

26                                            KEVIN V. RYAN
                                              United States Attorney

27                                            _____
                                                  /s/
28                                            TRACIE L. BROWN
                                              Assistant United States Attorney

     CR 05-567 JSW
     UNSEALING ORDER

1

**[PROPOSED] ORDER**

2    GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the application and

3   affidavit for search warrant and search warrant, both dated August 10, 2005, be unsealed by the

4   Clerk of the Court.

5

6

7   Dated:  January 23, 2006

8    The Hon. Jeffrey S. White
    United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CR 05-567 JSW
UNSEALING ORDER