KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-567 JSW |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM NOVEMBER 17, 2005 TO NOVEMBER 23, 2005 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
|     v. ) | |
| SHAUN ROBERTS, ) | |
|     Defendant. ) | |

    The parties appeared before the Court on November 17, 2005. At that time, the Court set a briefing schedule for Defendant's expected motion to sever, and the parties agreed to an exclusion of time under the Speedy Trial Act until the date of the hearing, January 4, 2006. As the Speedy Trial Act excludes time only while a motion is actually pending, *see* 18 U.S.C. § 3161(h)(1)(F), it is necessary to clarify that the parties agreed that the time between the November 17, 2005 status hearing date and the date the Defendant filed his motion to sever (*i.e.*, November 23, 2005) should be excluded for effective preparation due to the need to prepare the motion to sever.

    Accordingly, with the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), from November 17, 2005 to November 23, 2005. The parties agreed, and the

Court found and held, as follows:

    1. The defendant agreed to an exclusion of time under the Speedy Trial Act. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the need to prepare the motion to sever, and would deny the defendant continuity of counsel.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from November 17, 2005 to November 23, 2005, outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from November 17, 2005 to November 23, 2005, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

    IT IS SO STIPULATED.

DATED: ____1/23/06_____   _____/s/_____
                                                        TRACIE L. BROWN
                                                        Assistant United States Attorney

DATED: _____   _____/s/_____
                                                         MICHAEL BERGER
                                                        Attorney for SHAUN ROBERTS

    IT IS SO ORDERED.

DATED: January 27, 2006   _____
                                                       HON. JEFFREY S. WHITE
                                                       United States Magistrate Judge