UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff(s),<br>  v.<br>SHAUN ROBERTS,<br>        Defendant(s). | Case No. CR-05-567 JSW<br><br>**JURY REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning February 27, 2006, for the duration of the trial at the expense of the United States. The trial will be held in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

IT IS SO ORDERED.

Dated: February 17, 2006

                                                JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE