# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 05-00567-01 JSW |
| vs. ) | |
| Shaun Roberts ) | |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _May 18, 2006_ be continued until _July 27, 2006_ at _2:30 p.m._

Date: MAY 1 1 2006

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04