KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK KROTOSKI (CSBM 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: 415.436.6857
   Facsimile:  415.436.7234
   Email:     tracie.brown@usdoj.gov
   Email:     patricia.kenney@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-0567 JSW |
|           Plaintiff, | |
| v. | ORDER AUTHORIZING GOVERNMENT TO MAINTAIN CUSTODY OF 1992 CADILLAC ORIGINALLY SEIZED UNDER CIVIL SEIZURE WARRANT |
| SHAUN ROBERTS, | |
|           Defendant. | |

UPON CONSIDERATION of the *ex parte* application of the United States, and the entire record, it is by the Court on this 12th day of June, 2006,

ORDERED that the United States and its agencies, including the Federal Bureau of Investigation and the United States Marshals Service, shall continue to maintain custody of the following seized vehicle pending resolution of the criminal forfeiture allegations in the superceding indictment:

      1992 Cadillac Seville Touring Sedan, California
      license 5BCV280, IN 1G6KY53B7NU829971

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Judge