MICHAEL R. BERGER
Attorney at Law
California State Bar No. 65195
3306 Harrison Street
Oakland, California 94611
Telephone: 510/834-4511

Attorney for Defendant
SHAUN ROBERTS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

        Plaintiff,

  v.

SHAUN ROBERTS,

        Defendant.
_____/

NO: CR-05-00567 JSW

Present Sentencing Date:   7/27/96
Judge:          Hon. Jeffrey S. White

**STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING**

**STIPULATION:**

      Due to a conflict in defense attorney's schedule, it is hereby stipulated between the parties to this action that the sentencing hearing presently set for July 27, 2006 may be continued to August 31, 2006, at 2:00 p.m.  United States Probation Officer Cheryl L. Simone, who has been assigned to write the presentence report in this matter, has been consulted and has no objection to this proposed new date.

Dated: June 6, 2006

                                            _s/_____
                                            MICHAEL R. BERGER
                                            Attorney for Defendant

Dated: June 7, 2006

                                            _s/_____
                                            TRACIE L. BROWN
                                            Assistant United States Attorney

**ORDER:**

        The Court having read and considered the foregoing stipulation, and good cause therefrom appearing, IT IS HEREBY ORDERED, that the hearing presently set for July 27, 2006 is vacated, and the matter is continued to August 31, 2006, at ~~2:00 p.m~~. before me for sentencing.
        2:30 p.m.

Dated: June 12, 2006

                                              _____
                                              HON. JEFFREY S. WHITE
                                              United States District Judge