1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CSBN 138549)
3  Acting Chief, Criminal Division

4  TRACIE L. BROWN (CSBN 184339)
   PATRICIA J. KENNEY (CSBN 130238)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: 415.436.6857
       Facsimile: 415.436.7234
8      Email:     tracie.brown@usdoj.gov
       Email:     patricia.kenney@usdoj.gov
9
   Attorneys for the United States
10
                       UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13
   UNITED STATES OF AMERICA,         )     No. CR 05-567 JSW
14                                   )
                    Plaintiff,       )
15                                   )     [PROPOSED] PRELIMINARY ORDER OF
              v.                     )                 FORFEITURE
16                                   )
   SHAUN ROBERTS,                    )
17                                   )
                    Defendant.       )
18 _____ )

19
20     UPON CONSIDERATION of the Application of the United States for a Preliminary

21 Order of Forfeiture, the entire record and for good cause shown, it is by the Court on this 10th

22 day of August____, 2006,

23     ORDERED that defendant Shaun Roberts shall forfeit to the United States any and all

24 right, title or interest in all property, real and personal, which constitutes proceeds or is derived

25 from proceeds traceable to the offenses alleged in Count Three of the Superseding Indictment

26 filed on October 4, 2005, upon which the jury after trial found defendant Shaun Roberts guilty,

27 including but not limited to the following property:

28 ///

a.   $10,279 and

b.   One 1992 Cadillac Seville Touring Sedan, California license 5BCV280, VIN 1G6KY53B7NU829971.

IT IS FURTHER ORDERED that the United States, through the United States Marshal's Service, shall publish at least once each week for three successive weeks in a newspaper of general circulation a notice of this Preliminary Order of Forfeiture, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, claiming a legal interest in the property must file a petition with the Court and serve a copy on the United States by sending a copy to government counsel, Assistant United States Attorney Patricia J. Kenney, 9th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 within whichever time period is earlier, either thirty (30) days from the final publication of notice, or thirty (30) days from receipt of actual notice.

IT IS FURTHER ORDERED that, if one or more petitions are filed with the Court, the United States may commence with whatever discovery is necessary to assist in resolving each petition in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(m)(incorporated by reference in 18 U.S.C. §982 (b)(1)).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to defendant Shaun Roberts at the time of sentencing and shall be made part of the sentence and included in the judgment of conviction.

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

[Proposed] Preliminary Order of Forfeiture
CR 05-567 JSW