# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| vs. | ) Docket Number: CR 05-0567-01 JSW |
| Shaun Roberts | ) |

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _August 31, 2006_ be continued until _September 14, 2006_ at _2:30 p.m._.

Date: August 30, 2006

Jeffrey S. White
United States District Judge

NDC-PSR-009 12/06/04