1  Christopher Johns (SBN 90815)
   JOHNS & ALLYN, APC
2  1010 B Street, Suite 350
   San Francisco, CA 94901
3  (415) 459-5223
   Fax: (415) 453-2555
4  email: cjohns@johnsandallyn.com

5  Attorney for Defendant,
   SHAUN ROBERTS

6

                    UNITED STATES DISTRICT COURT
7
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  | UNITED STATES OF AMERICA, | Case No. CR-05-00567-JSW |
   |---|---|
10 | Plaintiff-Appellee, | 9th Circuit Appeal No. 06-10564 |
11 | v. | |
12 | SHAUN ROBERTS, | *EX PARTE* REQUEST FOR TRANSCRIPT OF SEALED PROCEEDINGS; ~~PROPOSED~~ ORDER; AND DECLARATION OF CHRISTOPHER JOHNS IN SUPPORT THEREOF |
13 | Defendant-Appellant. | |
14

15

16 TO:    THE HONORABLE JEFFREY S. WHITE, UNITED STATES DISTRICT JUDGE

17       Defendant-Appellant, Shaun Roberts, by and through his appointed appellate

18 counsel, Christopher Johns, Esq., hereby requests that this Court enter an order

19 directing the Clerk of the Court and/or Court Reporter Debra Pas, CSR CRR, to provide

20 appellate counsel with a copy of the sealed proceedings of the reporter's transcript for

21 January 4, 2006, comprising 3 (three) pages, identified as pages 22 through 24 of the

22 transcript, which the Court has previously ordered sealed.  As set forth in the attached

23 Declaration of Christopher Johns, Official Reporter Debra Pas, CSR, has advised that

24 the sealed portion of the transcript has been filed with the Clerk of the Court and that

1  she would provide counsel with a copy of said sealed proceedings but would need an
2  Order from this Court in order to do so.  The sealed portion of the transcript involves the
3  Motion to Sever Proceedings, which took place on January 4, 2006, with regard to a
4  motion brought by Defendant-Appellant, Shaun Roberts, to sever the two robbery
5  counts which had been consolidated.  As noted, the sealed portion of the transcript are
6  pages 22-24 of the January 4, 2006 transcript reported by Court Reporter Debra Pas
7  regarding an offer of proof made by the defense outside the presence of the
8  Government relative to the Motion to Sever.  As noted in the Declaration of Christopher
9  Johns, the sealed portions of the transcript are necessary in order for appellate counsel
10 to make a determination as to whether the issue of severance should be raised on
11 appeal as an appellate issue, but counsel cannot make this determination absent a
12 review and consideration of the proffer made by defense counsel, Michael Berger,
13 which was done under seal.  As further reflected in the Declaration of Christopher
14 Johns, prior to making this application, counsel spoke with AUSA Tracie Brown who
15 noted that the Government has no objection to the request that the sealed portion of
16 the transcript be provided to appellate counsel.  Moreover, appellate counsel agreed
17 that in the event that the transcript or the contents thereof will be utilized for purposes of
18 addressing the severance as an issue on appeal, that appellate counsel will provide
19 counsel for the Government, Tracie Brown, with a copy of the sealed portion of the
20 transcript and, moreover, the sealed portion of the transcript will be included in the
21 Excerpt of Record filed with the Ninth Circuit Court of Appeals.
22         The opening brief in this case is due to be filed June 1, 2007, and hence, time is
23 of the essence.  It is respectfully requested that this Court enter an Order directing that
24 the Clerk of the Court and/or court reporter to provide appellate counsel with a copy of

the sealed portion of the transcript of January 4, 2006, in *United States v. Shaun Roberts,* case no. CR-05-00567-JSW, comprising pages 22-24.

DATED: May 11, 2007

Respectfully submitted,

JOHNS & ALLYN
A Professional Corporation

By: _____
CHRISTOPHER JOHNS
Attorneys for Defendant-Appellant
Shaun Roberts

<u>DECLARATION OF CHRISTOPHER JOHNS</u>

1. I, Christopher Johns, am an attorney duly licensed to practice law in the State of California and am admitted to practice before the U.S. District Court for the Northern District of California, as well as the U.S. Court of Appeals for the Ninth Circuit. I am the attorney of record for Defendant-Appellant, Shaun Roberts, having been appointed under the Criminal Justice Act by way of a CJA 20 Appointment Order, filed February 5, 2005, *nunc pro tunc* November 7, 2006, to represent Defendant-Appellant Roberts on appeal to the United States Court of Appeals for the Ninth Circuit in this action. I have personal knowledge of the matters attested to in this Declaration, and if called as a witness I could and would competently testify thereto.

2. I hereby request that a copy of the transcript of the January 4, 2006, Motion to Sever proceedings, specifically the sealed portion of the January 4, 2006 transcript which was reported by Debra L. Pas, CSR 11916, pages 22 through 24, be provided to me as appellate counsel for review and consideration in connection with the appeal of Defendant-Appellant Shaun Roberts. In the process of reviewing the record, I

1  have determined that the prior requested severance by Defendant-Appellant Shaun

2  Roberts may potentially be an issue that will be raised on appeal, but need the proffer

3  referenced at page 22 through 24 of the reporter's transcript of January 4, 2006 in the

4  proceedings before Judge White to make a final determination in this regard.  This

5  January 4, 2006 transcript reflects that a proffer was made by defense counsel, Michael

6  Berger, regarding the requested severance.  I have been informed by Court Reporter

7  Debra Pas that the complete transcript has been completed and filed with the Clerk's

8  Office under seal.  Thus, in order to obtain a copy of the sealed portion of the

9  proceedings, which comprises pages 22 through 24, a court Order is required, and

10 hence, this request has become necessary.

11         3.      On May 10, 2007, I spoke with AUSA Tracie Brown, counsel for the

12 Government in this appeal, regarding the request for the sealed portions of the

13 transcript.  AUSA Brown advised that the Government has no objection to the

14 undersigned obtaining a copy of the sealed portion of the transcript, but requested that

15 she be provided with a copy of the sealed portion of the transcript in the event that the

16 severance issue becomes an issue on appeal.  We both agreed and stipulated that in

17 the event the issue of severance becomes an issue on appeal, that I would provide her

18 with a copy of the sealed portion of the transcript, comprising pages 22 through 24, and

19 further, that I would cause the sealed portion of the transcript, pages 22 through 24 of

20 the January 4, 2006 transcript, to be incorporated into the Excerpt of Record filed with

21 the Ninth Circuit Court of Appeals.

22         I declare under penalty of perjury under the laws of the United States that the

23 foregoing is true and correct.

24

REQUEST FOR TRANSCRIPT OF SEALED PROCEEDINGS              CR-05-00567-JSW
*UNITED STATES v. SHAUN ROBERTS*

4

Executed this 11th day of May, 2007, at San Rafael, California.

JOHNS & ALLYN
A Professional Corporation

By: _____
Christopher Johns
Attorney for Defendant/Appellant
SHAUN ROBERTS

### ~~PROPOSED~~ ORDER

Based on the *ex parte* request of appellate counsel, Christopher Johns, Esq., for Defendant/Appellant Shaun Roberts, that he receive a copy of the sealed portion of the reporter's transcript of January 4, 2006 in this case, comprising pages 22 through 24 of the said transcript, the Clerk of the Court and/or Debra L. Pas, CSR, is directed to provide appellate counsel, Christopher Johns, Esq., with the sealed portion of the transcript, which is identified as pages 22 through 24 of the January 4, 2006 transcript. In the event that the subject of the sealed transcript which addresses the severance motion brought by Defendant/Appellant Shaun Roberts becomes an issue to be addressed on appeal with the United States Court of Appeals for the Ninth Circuit, Attorney Johns will provide the Government, by way of Assistant United States Attorney Tracie Brown, with a copy of the sealed portion of the transcript and further, that a copy of the sealed portion of the transcript will be included in the Excerpt of Record to be filed with the Ninth Circuit Court of Appeals.

**IT IS SO ORDERED.**

Dated: May 11, 2007                    _____
                                       JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

REQUEST FOR TRANSCRIPT OF SEALED PROCEEDINGS          CR-05-00567-JSW
*UNITED STATES v. SHAUN ROBERTS*

5