UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>SHAUN ROBERTS,<br><br>   Defendant. | Case No. 05-cr-567-1-JSW<br><br>**ORDER TO GOVERNMENT TO SHOW CAUSE**<br><br>Re: Dkt. No. 199 |

Defendant has filed a motion for compassionate release. The Court set a briefing schedule, which was subsequently extended, and pursuant to that briefing schedule the Government's opposition, if any, would have been due on September 15, 2020. The Court did not receive an opposition from the Government. It is not clear whether all of the Government counsel listed on the docket still are with the United States Attorneys' office. Accordingly, the Court ORDERS this Order to be served on the Hallie Hoffman, Chief of the Criminal Division. The Government is ORDERED TO SHOW CAUSE why the motion should not be granted by no later than September 22, 2020, and it shall explain its failure to respond in a timely fashion if, in fact, it received the Court's Orders setting briefing schedules.

Defendant may file a response by September 29, 2020.

**IT IS SO ORDERED.**

Dated: September 16, 2020

JEFFREY S. WHITE
United States District Judge

Cc: Chief USPO Anthony Castellano