UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAUN ROBERTS,<br><br>  Defendant. | Case No. 05-cr-00567-JSW-1<br><br>**ORDER DENYING REQUEST FOR APPOINTMENT OF COUNSEL**<br><br>Re: Dkt. No. 237 |

Defendant was convicted of two counts of armed bank robbery, in violation of 18 U.S.C. sections 2113(a) and (d). Those convictions formed the predicate offenses for his Section 924(c) convictions. (*See, e.g.,* Dkt. No. 75 (Verdict Form), Dkt. No. 92 (Judgment).) On July 25, 2022, Defendant filed a *pro se* motion asking the Court to appoint counsel on his behalf to pursue post-conviction relief based on *United States v. Taylor*, in which the Supreme Court held attempted Hobbs Act robbery was not a crime of violence for purposes of Section 924(c), under the elements clause. -- U.S. --, 142 S.Ct. 2015, 2020 (2022). The Court concludes Defendant has not shown that appointment of counsel is warranted and DENIES his request.

**IT IS SO ORDERED**.

Dated: August 2, 2022

_____
JEFFREY S. WHITE
United States District Judge